**The Clerk is directed to close this adversary proceeding.**



**ORDERED in the Southern District of Florida on June 16, 2011.**

                                            John K. Olson, Judge
                                    United States Bankruptcy Court

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re: | * | |
| ROBERT JOSHUA SCHOR and MICHELLE LEAH SCHOR | * | Case No: 09-24869-BKC-JKO |
| | | (Chapter 11) |
| Debtors. | * | |
| * * * * * * | * * * * * * | |
| ROBERT JOSHUA SCHOR | * | |
| Plaintiff, | * | Adv. Proc. No. 10-03543-BKC-JKO-A |
| v. | * | |
| GABLE SIGNS & GRAPHICS, INC. and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | * * | |
| Defendants. | * | |
| * * * * * * | * * * * * * | |

**ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE**

This matter having come on for hearing, which was held on June 14, 2011, at 1:30 p.m., and upon consideration of the Motion to Dismiss Second Amended Complaint [Dkt. 54] and Supplemental Motion to Dismiss Plaintiff's Second Amended Complaint [Dkt. 70] filed by

Defendant Gable Signs & Graphics, Inc. and the Motion for Joinder filed by Defendant Travelers Casualty and Surety Company of America [Dkt. 87] (collectively the "Defendants' Motions to Dismiss"), and the Response filed by Debtor [Dkt. 79], and the evidence, the record in the chapter 11 case and the record in the adversary proceeding having been considered, along with the arguments of counsel, it is hereby

ORDERED, that Defendants Motion to Dismiss be and is hereby GRANTED, and it is further

ORDERED, that this case be and is hereby dismissed with prejudice for the reasons stated on the record; and it is further

ORDERED, that all other motions in this adversary proceeding are denied as moot.

SO ORDERED.

###

**Submitted by:**
PAUL SWEENEY
Logan, Yumkas, Vidmar & Sweeney, LLC
2530 Riva Road, Suite 400
Annapolis, Maryland  21401
(443) 569-5972 Phone/(410)-571-2798 Fax
psweeney@loganyumkas.com


The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).